ORIGINAL

FILED

06/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0203

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0203

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DION CURTIS GRAY,

    Defendant and Appellant.

**O R D E R**

FILED

JUN 25 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellee State of Montana has moved to dismiss this appeal. Although the State advises us that counsel for Appellant Dion Curtis Gray indicated that he would oppose this motion, counsel has not filed a timely response in opposition.

The State asserts that the issues raised in Gray's Opening Brief on appeal only challenge three special conditions that the District Court imposed as part of Gray's sentence, which further included a three-year Department of Corrections commitment with all but 30 days suspended. The State advises us that the legality of these special conditions is no longer at issue because Gray's sentence has since been revoked and he is no longer subject to these conditions. Thus, the State argues, no justiciable controversy remains for purposes of this appeal.

With no response in opposition, we find the State's motion to dismiss well-taken. The only issues raised by Gray's Opening Brief pertain to special conditions that no longer apply to his sentence due to subsequent revocation thereof.

IT IS THEREFORE ORDERED that the motion to dismiss this appeal is GRANTED and this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record.

Dated this 25 day of June, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices